**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CRIMMINS, MICHAEL G.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-15211 BWB<br><br>JUDGE BRUCE W. BLACK |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 11/20/06. The Trustee was appointed on 11/20/06. An order for relief under Chapter 7 was entered on 11/20/06.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 10/3/07 is as follows:

|   |   |   |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 15,764.14 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 714.98 |
| c. NET CASH available for distribution | $ | 15,049.16 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
|    1. Trustee compensation requested (See Exhibit E) | $ | 2,326.41 |
|    2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
|    3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 5,635.32 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5. The Bar Date for filing unsecured claims expired on 06/27/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 24,000.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 7,961.73 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 108,004.42 |
| e. Allowed unsecured claims | $ | 63,219.45 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $5,635.32. The total of Chapter 7 professional fees and expenses requested for final allowance is $7,961.73. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,701.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  10/3/07                                        RESPECTFULLY SUBMITTED,


                                                       By: /s/Thomas Sullivan
                                                           THOMAS B. SULLIVAN, TRUSTEE
                                                           1900 RAVINIA PLACE
                                                           ORLAND PARK, IL  60462
                                                           Telephone # (708) 226-2700

## TRUSTEE TASKS

The Trustee conducted a first meeting of creditors on December 28, 2006 concerning the subject debtor. The meeting was continued to January 18, 2007 to allow the debtor to file the completion of the petition. While reviewing Schedule B the Trustee took notice in a 2002 V Rod Motorcycle and 2002 Triumph Daytona that did not appear to have any liens attached to them.

On February 9, 2007 an order was entered employing counsel for the Trustee. Trustee's counsel prepared a motion for turnover of the motorcycles and the order regarding same was entered on March 9, 2007.

The Trustee filed an asset notice and a bar date was set for June 27, 2007.

Trustee's counsel prepared a motion to employ an auctioneer to sell the motorcycles at auction. The order was entered on April 13, 2007. On July 28, 2007 the auctioneer sold at auction the 2002 Triumph Daytona and the 2002 Harley Davidson V-Rod for a total of $15,750.00. On order was entered approving payment of auctioneer's premium and expenses on September 7, 2007.

Claim were examined and a claim objection was filed in regards to claim number four. The order objecting to the a secured claim of Maaco Enterprises but allowing it in full as a general unsecured claim was entered on September 7, 2007.

A final report was prepared.

**9 HOURS @ $475.00/HOUR = $4,275.00**

**EXHIBIT A**

## EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS $ 15,764.14

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED $ 2,899.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY $ 4,000.00

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-15211 BWB  
**Case Name:** CRIMMINS, MICHAEL G.  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/20/06 (f)  
**§341(a) Meeting Date:** 12/28/06  

**Period Ending:** 10/03/07  

**Claims Bar Date:** 06/27/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 1,701.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING | 299.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 4 | JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | LAND ROVER | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2002 V ROD MOTORCYCLE | 14,000.00 | 14,000.00 | | 10,500.00 | FA |
| 7 | 2002 TRIUMPH DAYTONA | 5,000.00 | 5,000.00 | | 5,250.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 14.14 | Unknown |
| 8 | **Assets Totals** (Excluding unknown values) | **$25,600.00** | **$19,000.00** | | **$15,764.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2008        **Current Projected Date Of Final Report (TFR):** June 30, 2008

Printed: 10/03/2007 02:15 PM        V.9.55

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06B-15211 BWB  
**Case Name:** CRIMMINS, MICHAEL G.  

**Taxpayer ID #:** 13-7574412  
**Period Ending:** 10/03/07

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****00-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/07 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF MOTORCYCLES | | 15,750.00 | | 15,750.00 |
| | {7} | | 5,250.00 | 1129-000 | | | 15,750.00 |
| | {6} | | 10,500.00 | 1129-000 | | | 15,750.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.44 | | 15,756.44 |
| 09/13/07 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES DUE AUCTIONEER | 3620-000 | | 714.98 | 15,041.46 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.70 | | 15,049.16 |
| | | | **ACCOUNT TOTALS** | | 15,764.14 | 714.98 | **$15,049.16** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,764.14 | 714.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,764.14** | **$714.98** | |

{} Asset reference(s)

Printed: 10/03/2007 02:15 PM     V.9.55

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-15211 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | CRIMMINS, MICHAEL G. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****00-66 - Checking Account |
| Taxpayer ID #: | 13-7574412 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/03/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts : 15,764.14

Net Estate : $15,764.14

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****00-65** | 15,764.14 | 714.98 | 15,049.16 |
| **Checking # ***-*****00-66** | 0.00 | 0.00 | 0.00 |
| | $15,764.14 | $714.98 | $15,049.16 |

{} Asset reference(s)                                                                  Printed: 10/03/2007 02:15 PM    V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CRIMMINS, MICHAEL G.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-15211 BWB<br><br>JUDGE BRUCE W. BLACK |

**PROPOSED DISTRIBUTION REPORT**

I, <u>THOMAS B. SULLIVAN, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 7,087.43 |
| Chapter 7 Administrative Expenses: | $ 7,961.73 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 15,049.16 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 24,000.00 | 29.53% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 004 | INTERNAL REVENUE SERVICE | 24,000.00 | 7,087.43 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 7,961.73 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | Grochocinski, Grochocinski & Lloyd, Ltd. | 4,340.00 | 4,340.00 |
| ADMIN2 | Grochocinski, Grochocinski & Lloyd, Ltd. | 43.72 | 43.72 |
| ADMIN3 | THOMAS B. SULLIVAN, TRUSTEE | 2,326.41 | 2,326.41 |
| ADMIN4 | Alan D. Lasko | 1,237.40 | 1,237.40 |
| ADMIN5 | Alan D. Lasko | 14.20 | 14.20 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL         $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL         $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL         $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL         $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(7) - Alimony | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL         $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 108,004.42 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 004 | INTERNAL REVENUE SERVICE | 108,004.42 | 0.00 |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 63,219.45 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | ANTONIO & MARISSA COSTABILE | 30,033.39 | 0.00 |
| 002 | HINO OF CHICAGO, INC. | 4,546.32 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 18,536.17 | 0.00 |
| 005 | MAACO ENTERPRISES | 10,103.57 | 0.00 |
| | | TOTAL $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | | | |
|---|---|---|---|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 003 | MAACO ENTERPRISES<br>381 BROOKS ROAD<br>KING OF PRUSSIA, PA 19406- | $ 12,234.59 | Amended by claim #5 |

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____
                                 THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 4,340.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 43.72 | |
| | | | 4,383.72 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 1,237.40 | |
| Alan D. Lasko Expenses | 0.00 | 14.20 | |
| | | | 1,251.60 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 5,635.32 | $ 5,635.32 |

1