**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CRIMMINS, MICHAEL G.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-15211 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: **U.S. BANKRUPTCY COURT
    Will County Court Annex Building
    57 North Ottawa Street
    Room 201
    Joliet, IL.**

    On: **December 7, 2007**

    At: **9:15 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         15,764.14

    b. Disbursements                           $            714.98

    c. Net Cash Available for Distribution     $         15,049.16

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $4,340.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | | $43.72 |
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $2,326.41 | |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $1,237.40 | |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | | $14.20 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $24,000.00 must be paid in full for there to be any dividend to priority claims which total $108,004.42 and must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 29.53%. The priority dividend is anticipated to be 0.00%.

Allowed secured and priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 004 | INTERNAL REVENUE SERVICE | $ 24,000.00 | $7,087.43 |
| 004 | INTERNAL REVENUE SERVICE | $108,004.42 | $0.00 |

7.   Claims of general unsecured creditors totaling $63,219.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | ANTONIO & MARISSA COSTABILE | $ 30,033.39 | $ 0.00 |

| | | | |
|---|---|---|---|
| 002 | HINO OF CHICAGO, INC. | $ 4,546.32 | $ 0.00 |
| 004 | INTERNAL REVENUE SERVICE | $ 18,536.17 | $ 0.00 |
| 005 | MAACO ENTERPRISES | $ 10,103.57 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, checking, household goods and jewelry.

Dated: **October 30, 2007**           For the Court,

By **Kenneth S. Gardner**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  THOMAS B. SULLIVAN, TRUSTEE
Address:  1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                Page 1 of 1          Date Rcvd: Oct 30, 2007
Case: 06-15211                 Form ID: pdf002            Total Served: 19

The following entities were served by first class mail on Nov 01, 2007.
 db          +Michael G Cimmins,    16353 Celtic Circle,    Manhattan, IL 60442-6105
 aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
 aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
 aty         +Thomas A Else,    Thomas A Else  P C,    1100 Jorie Blvd,    Suite 153,    Oak Brook, IL 60523-4410
 tr          +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11040261    +Antonia & Marissa Costabile,    Gina B. Krol,    Cohen & Krol,    105 West Madison Street Suite 1100,
               Chicago, IL 60602-4600
11040264    +Antonio & Marissa Costabile,    Gina B. Krol,    Cohen & Krol,    105 West Madison Street Suite 1100,
               Chicago, IL 60602-4600
11022744    +David F. Suchla,    C/O Steven D. Gertler, Attorney,    188 W. Randolph Street, Suite 1518,
               Chicago, IL 60601-2908
11022747    +Dent Wizard International Corp.,    C/O Michael Davis Weis,    PO Box 1166,
               Northbrook, IL 60065-1166
11022748    +Federal Express Corporation,    C/O Abrams & Abrams,    75 E. Wacker Drive, Suite 320,
               Chicago, IL 60601-3740
11022751     Hino of Chicago, Inc.,    c/o Milton A. Svec, Associates,    7112 Cermak Road, 2nd Fl.,
               Berwyn, IL 60402-1570
11022743   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    District Director,    PO Box 745,
               Chicago, IL 60690)
11022752    +Lee Auto Parts, Inc.,    Nathaniel D. Lawrence,    2835 N. Sheffield #232,    Chicago, IL 60657-9213
11022745     Maaco Enterprises,    381 Brooks Road,    Attn: Diana Dieciedue,    King of Prussia, PA 19406-3169
11022749    +Nextmedia Operating Inc.,    C/O Carol Cadiz, Attorney,    101 Orchard Terrace,
               Lombard, IL 60148-2218
11022746    +Old Kent Bank,    Giagnorio & Robertelli, Ltd.,    PO Box 726,    Bloomingdale, IL 60108-0726
11022750    +United Fire Group,    Joseph, Mann & Creed,    20600 Chagrin Blvd. #550,
               Shaker Heights, IL 44122-5340

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2007**                    **Signature:** *Joseph Speetjens*